VEDDER PRICE P.C.
Laura Sack, Esq.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant*
*Modell's II, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SONIA TAYLOR-ANDERSON,

                **Plaintiff,**

    v.

**MODELL'S SPORTING GOODS,**

                **Defendant.**

Case No. 10-cv-884 (DC)

ECF CASE

<u>**RULE 7.1 STATEMENT**</u>

---

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Modell's II, Inc. ("Modell's") (incorrectly sued herein as "Modell's Sporting Goods") certifies that Modell's has no corporate parents and that no publicly held corporation owns 10% or more of the stock of Modell's.  Modell's has no publicly traded subsidiaries or affiliates.

Dated: New York, New York.
      April 21, 2010

Respectfully submitted,

**VEDDER PRICE P.C.**

By: *Laura Sack*
Laura Sack (LS 5501)

1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700
Fax: (212) 407-7799

*Attorneys for Defendant*
*Modell's II, Inc.*