```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SONIA TAYLOR ANDERSON,                          :

                        Plaintiff,              :

        -against-                               :

MODELL'S SPORTING GOODS,                        :

                        Defendant.              :

------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-10

**ORDER**

10 Civ. 884 (DLC)(FM)

**FRANK MAAS,** United States Magistrate Judge.

Pursuant to Judge Cote's June 21, 2010 Order, and after consultation with the parties, it is hereby ORDERED that Ms. Anderson's deposition will be taken on **July 12, 2010, at 9:30 a.m. in Courtroom 20A**, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
          June 22, 2010

                                    _____
                                    FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Honorable Denise L. Cote
United States District Judge

Sonia Taylor Anderson [via mail]
170-62 Cedarcroft Road
1st Floor
Jamaica, NY 11432

Laura Sack, Esq. / Michael John Goettig , Esq.
Vedder Price P.C.
Fax:  (212) 407-7799